# United States District Court
# Northern District of Illinois

In the Matter of

Sergio Bonilla

v.

Peopleconnect, Inc., et al

District Judge Virginia M. Kendall

Case No. 21-CV-51

Designated Magistrate Judge
Heather K. McShain

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Martha Pacold to be related to 20 C 7390 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Virginia M. Kendall**

Date: Tuesday, March 2, 2021

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Virginia M. Kendall

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Tuesday, March 2, 2021

District Reassignment - Finding of Relatedness