IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:21-cv-00051 |
| v. ) ) | Hon. Judge Virginia M. Kendall |
| PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation, ) ) ) ) ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendants. ) | |

**ORDER GRANTING DEFENDANT PEOPLECONNECT, INC.'S <u>MOTION TO REASSIGN AND CONSOLIDATE RELATED ACTIONS</u>**

Before the Court is Defendant PeopleConnect, Inc.'s Motion to Reassign and Consolidate Related Actions ("Motion"). The Court, being duly advised, and finding good cause to grant the Motion, hereby ORDERS that the related action, *Loendorf v. PeopleConnect, Inc. et al.*, No. 1:21-cv-00610, be reassigned and consolidated with the above-captioned action. The Clerk's Office is directed to reassign case number 21 C 610 to the Honorable Virginia M. Kendall and consolidate case number 21 C 610 with case number 21 C 51 for all purposes.

SO ORDERED, this 12th day of March, 2021.

_____
Honorable Virginia M. Kendall
United States District Judge