IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, ) ) ) | |
| ) | Case No. 1:21-cv-00051 |
| Plaintiff, ) ) | |
| ) | Hon. Judge Virginia M. Kendall |
| v. ) ) | |
| ) | Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation, ) ) ) ) ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| THERESA LOENDORF, on behalf of herself and all others similarly situated, ) ) ) | |
| ) | Case No. 1:21-cv-00610 |
| Plaintiff, ) ) | |
| ) | Hon. Judge Virginia M. Kendall |
| v. ) ) | |
| ) | Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation, ) ) ) ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURES OF PEOPLECONNECT, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant PeopleConnect, Inc. ("PeopleConnect"), through its undersigned counsel, discloses:

1. PeopleConnect is a wholly-owned subsidiary of PeopleConnect Holdings, Inc., a non-public Delaware corporation, and PCHI Parent, Inc., a non-public Delaware corporation.

2. No publicly held corporation owns 10% or more of PeopleConnect's stock.

3. PeopleConnect, Inc. has no publicly held affiliates.

Dated: April 5, 2021

Respectfully Submitted,

PEOPLECONNECT, INC.

By: /s/ *Wade A. Thomson*

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

## **CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on April 5, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                               /s/ *Wade A. Thomson*
                                                  Wade A. Thomson