**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Sergio Bonilla, et al.
                                Plaintiff,

v.                                                         Case No.: 1:21−cv−00051
                                                                      Honorable Virginia M. Kendall

Peopleconnect, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendant's Consolidated Motion to Dismiss [26]. Responses due by 4/20/2021; Replies due by 4/27/2021. Status hearing set for 6/16/2021 at 9:00 AM. Defendant';s Consolidated Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss [28]. Initial Status set for 4/22/2021 stands. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.