# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>PEOPLECONNECT, INC. and CLASSMATES MEDIA CORP.,<br><br>      Defendants. | Case No. 21-cv-00051 |
| THERESA LOENDORF, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>PEOPLECONNECT, INC. and CLASSMATES MEDIA CORP.,<br><br>      Defendants. | Case No. 21-cv-00610 |

## MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL

  1. Plaintiff Theresa Loendorf, by and through the undersigned counsel, hereby moves for an extension of time to object to Plaintiff Sergio Bonilla's Motion for Appointment as Interim Co-Lead Counsel (Dkt. 18) (the "Motion"). Plaintiff Loendorf requests a one-week extension (i.e., until April 23, 2021) to file an objection.

  2. Without conferring with Plaintiff Loendorf's counsel beforehand, on March 31, 2021, Plaintiff Bonilla filed the Motion, and on April 2, 2021, the Court ordered objections to the

Motion be filed on or before April 16, 2021.

3. Since that time, Plaintiff Loendorf's counsel has met-and-conferred with Plaintiff Bonilla's counsel regarding coordinating their efforts. Those discussions and negotiations are ongoing.

4. In order to facilitate those discussions, and due to court deadlines in other matters, Plaintiff Loendorf requests a one-week extension (i.e., until April 23, 2021) to file her objection, in the event that Plaintiffs are unable to come to an agreement.

5. Plaintiff Loendorf has not previously requested any extension of her deadline to respond to the Motion.

6. On April 13, 2021, Counsel for Defendants confirmed that Defendants take no position on this requested extension.

7. On April 9, April 12, and April 13, 2021, Plaintiff Loendorf's counsel emailed Plaintiff Bonilla's counsel to ascertain their position on this requested extension. Additionally, on April 12, 2021, Plaintiff Loendorf's counsel called Plaintiff Bonilla's counsel to ascertain their position on this requested extension. However, to date, Plaintiff Bonilla's counsel has failed to provide their position.

8. For the foregoing reasons, Plaintiff Loendorf respectfully requests that the Court grant her a one-week extension (i.e., until April 23, 2021) to file an objection to the Motion.

Dated: April 14, 2021      By: _s/ J. Dominick Larry_

    **NICK LARRY LAW LLC**
    J. Dominick Larry
    8 S Michigan Ave, Suite 2600
    Chicago, IL 60603
    Tel: (773) 694-4669
    Fax: (773) 694-4691
    E-Mail: nick@nicklarry.law

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice* Pending)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff Loendorf*