IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-00051 |
| v. | ) ) | Hon. Judge Virginia M. Kendall |
| PEOPLECONNECT, INC., a Delaware Corporation, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) | |
| THERESA LOENDORF, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-00610 |
| v. | ) ) | Hon. Judge Virginia M. Kendall |
| PEOPLECONNECT, INC., a Delaware Corporation, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
PEOPLECONNECT, INC. TO ANSWER OR OTHERWISE PLEAD**

Defendant PeopleConnect, Inc. ("PeopleConnect") respectfully submits this unopposed motion for an extension of time for PeopleConnect to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint. In support of this motion, PeopleConnect states as follows:

1. On January 5, 2021, Plaintiff Sergio Bonilla, on behalf of himself and all others similarly situated, filed a Class Action Complaint against PeopleConnect. *See* Dkt. No. 1.

2. On February 2, 2021, Plaintiff Theresa Loendorf, individually and on behalf of all others similarly situated, filed a Class Action Complaint against PeopleConnect. *See* No. 21-cv-610 (N.D. Ill.), Dkt. No. 1.

3. On February 17, 2021, PeopleConnect filed an agreed motion for an extension of time to answer or otherwise respond to Bonilla's complaint. *See* Dkt. No. 10. Judge Pacold granted the motion, allowing PeopleConnect until April 5, 2021 to answer or otherwise plead. *See* Dkt. No. 11.

4. On March 2, 2021, the Bonilla action was reassigned to this Court. *See* Dkt. No 12.

5. On March 3, 2021, PeopleConnect moved to reassign and consolidate the Loendorf matter with the Bonilla matter. *See* Dkt. No. 13. On March 12, 2021, this Court granted PeopleConnect's motion to reassign and consolidate and consolidated the matters under case number 21-cv-51. *See* Dkt. No. 16.

6. On April 5, 2021, PeopleConnect filed a consolidated motion to dismiss Plaintiffs' complaints along with related filings. *See* Dkt. Nos. 26-29.

7. Plaintiffs' responses to PeopleConnect's motion to dismiss were due April 20, 2021. *See* Dkt. No. 31. On April 20, 2021, Plaintiffs filed a Consolidated Class Action Complaint against PeopleConnect. *See* Dkt. 37.

8. PeopleConnect's deadline to answer or otherwise plead in response to the Consolidated Class Action Complaint is currently May 4, 2021. Because of competing prior obligations in a number of matters, PeopleConnect needs additional time to answer or otherwise plead in response to the Consolidated Class Action Complaint.

9. On April 22, 2021, counsel for PeopleConnect reached out to Plaintiffs' counsel to request an extension through May 10, 2021 to answer or otherwise plead. Plaintiffs' counsel indicated that they do not oppose the request.

10. This is PeopleConnect's first motion for an extension of time to respond to the Consolidated Class Action Complaint, and its second motion for an extension of time to answer or otherwise plead. *See* Dkt. No. 10.

11. Granting this request for an extension of time will neither prejudice any party nor unreasonably delay this litigation.

WHEREFORE, for the reasons stated herein, PeopleConnect respectfully requests that the Court grant this motion and enter an Order extending the deadline for Defendant PeopleConnect, Inc. to answer or otherwise plead up to and including May 10, 2021.

Dated: April 26, 2021  Respectfully Submitted,

PEOPLECONNECT, INC.

By: */s/ Wade A. Thomson*

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

*Attorneys for Defendant PeopleConnect, Inc.*

## **CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on April 26, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Wade A. Thomson*
Wade A. Thomson