# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, | )<br>)<br>) Case No. 1:21-cv-00051 |
| Plaintiff, | )<br>) |
| | ) Hon. Judge Virginia M. Kendall |
| v. | )<br>) Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation; PEOPLECONNECT INC., a California Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

| | |
|---|---|
| THERESA LOENDORF, on behalf of herself and all others similarly situated, | )<br>)<br>) Case No. 1:21-cv-00610 |
| Plaintiff, | )<br>) |
| | ) Hon. Judge Virginia M. Kendall |
| v. | )<br>) Magistrate Judge Gabriel A. Fuentes |
| PEOPLECONNECT, INC., a Delaware Corporation; CLASSMATES MEDIA CORPORATION, a Delaware Corporation, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' STATEMENT OF RECENT DECISION IN OPPOSITION TO DEFENDANT'S
<u>MOTION TO COMPEL ARBITRATION</u>**

Plaintiffs file this Statement of Recent Decision to bring to the Court's attention to Judge Gary Feinerman's recent opinion in *Lukis v. Whitepages Inc,* Case No. 1:19-cv-04871, N.D. Ill. A copy of the April 23, 2021, Memorandum Opinion and Order Denying Motion to Compel Arbitration and Allowing Leave to Amend, Doc. No. 175, is attached as Exhibit 1.

Dated: April 30, 2021

Respectfully Submitted,

By: */s/ Michael F. Ram*

Michael F. Ram
(Admitted *pro hac vice*)
Marie N. Appel
(Admitted *pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue,
Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
Email:mram@forthepeople.com
Email: mappel@forthepeople.com

Shannon Marie McNulty
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago, IL 60602
(312)899−9090
Email: smm@cliffordlaw.com

Benjamin R. Osborn
(Admitted *pro hac vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Michael F. Ram, certify that on April 30, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Michael F. Ram*  
Michael F. Ram

Case: 1:21-cv-00051 Document #: 40 Filed: 04/30/21 Page 4 of 4 PageID #:277