**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PEOPLECONNECT, INC., a Delaware Corporation,  )<br>)<br>)<br>Defendant.  ) | Case No. 1:21-cv-00051<br><br>Hon. Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |
| THERESA LOENDORF, on behalf of herself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PEOPLECONNECT, INC., a Delaware Corporation,  )<br>)<br>)<br>Defendant.  ) | Case No. 1:21-cv-00610<br><br>Hon. Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

**DECLARATION OF LYNNE GROSS**

1

I, Lynn Gross, hereby declare:

1.    I am the Director of Member Care at PeopleConnect, Inc., the owner of the Classmates.com. I have been supporting Classmates.com since 1996. I have been in my current Member Care role since January 2020, but held a similar Member Care role from 1999 to 2002. Between the two Member Care roles, I served in several policy and compliance roles in the Legal Department. In my current role, I supervise a team of 12 Member Care specialists and contractors and oversee the arbitration opt-out process for Classmates.com.

2.    Classmates.com records all member transactions in our Member Care Database, including when members request to "opt out" of the arbitration clause.

3.    Generally, when a member opts out of arbitration, a note is made in the Member Care Database that the member does not agree to arbitrate. It is not PeopleConnect's policy to delete an account when a member opts out of arbitration.

4.    On April 16, 2021, a free Classmates membership was established under the name Ben Whipple associated with the email address ben.whipple42@gmail.com.

5.    On April 22, 2021, our Member Care team received a letter from Mr. Whipple requesting to opt out of the arbitration clause. The Member Care agent that reviewed the letter mistakenly understood this as a request to remove his personal data and opt out from the entire Classmates.com service and cancelled his account. An email confirmation of the request was sent to Mr. Whipple's email account.

6.    On June 11, 2021 Member Care became aware of the mistake and restored Mr. Whipple's account and correctly noted he was only opting out of the arbitration clause in our Classmates Terms of Service.

7. A true and correct copy of Mr. Whipple's Member Care records is excerpted here:



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on June 21, 2021 in Seattle, Washington.

*Lynne Gross*

3