THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLECONNECT, INC., a Delaware Corporation, <br><br> Defendant. <br><br> THERESA LOENDORF, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLECONNECT, INC., a Delaware Corporation, <br><br> Defendant. | Case Nos:   1:21-cv-00051 <br>            1:21-cv-00610 <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR REASSIGNMENT OF RELATED CASE[1]

Plaintiffs SERGIO BONILLA and THERESA LOENDORF ("Plaintiffs"), pursuant to N.D. Ill. Loc. R. 40.4, move for reassignment of the related case *Mackey v. PeopleConnect, Inc. et al*, Case No. 1:22-cv-00342 (N.D. Ill., Judge Robert W. Gettleman), to the case at bar pending before this Court, and in support thereof, state as follows:

---

[1] Plaintiffs have not noticed this motion for presentment per Amended General Order 21-0027 but will promptly do so at the Court's request. *See* U.S. Dist. Ct. N.D. Ill. Amended General Order 21-0007 (Dec. 20, 2021), at ¶ 2.

I. **PERTINENT RELATED FACTS, THEORIES, AND EVIDENCE SUPPORT A FINDING OF RELATEDNESS AND REASSIGNMENT**

1. The present case and *Mackey v. PeopleConnect, Inc.* involve individual and class-wide claims against the same defendant website based on the same conduct. Like plaintiffs Bonilla and Loendorf, Mr. Mackey alleges that Classmates.com, a website owned and operated by PeopleConnect, Inc., violated his intellectual property and privacy rights protected by extracting his name and likeness as a child from a school yearbook and using his identity to sell website subscriptions.

2. *Mackey* involves the same defendant, the same alleged acts and omissions, the same property and privacy rights, and legal claims under the same Illinois laws.

3. Deeming the two cases related would result in a substantial saving of judicial resources. One judge, rather than two, would become well-versed in the legal and factual issues in these cases. Moreover, discovery and evidentiary rulings would be consistent, and motion practice would be made more efficient.

4. For these reasons and the additional reasons laid out below, Plaintiffs respectfully request this Court enter an Order declaring *Mackey v. PeopleConnect, Inc.* related to the present matter, and reassigning *Mackey v. PeopleConnect, Inc.* to the Honorable Virginia M. Kendall.

5. On January 5, 2021, Plaintiff Sergio Bonilla filed case No. 1:21-cv-00051 against PeopleConnect. (Dkt. No. 1.) On February 2, 2021, Plaintiff Theresa Loendorf filed case No. 1:21-cv-00610 against PeopleConnect. (Dkt. No. 1.) On March 3, 2021, Defendant PeopleConnect, Inc. moved to reassign *Loendorf* to this Court and consolidate *Loendorf* with *Bonilla*. (Dkt. No. 13.) On March 12, the Court granted PeopleConnect's motion. (Dkt. No. 15.)

6. On April 20, 2021, Plaintiffs Bonilla and Loendorf filed a consolidated amended class action Complaint ("CAC"). (Dkt. No. 37.) The CAC alleges four causes of action including

2

a claim under Illinois' Right of Publicity Act, 765 ILCS 1075/1 *et seq.* ("IRPA"). Plaintiffs' claims are based on Classmates.com's alleged commercial misuse of their photographs, names, and additional personal information, which PeopleConnect misappropriated from their high school yearbooks.

7. Subsequently, on January 20, 2022, Plaintiff Scott Mackey filed a complaint against PeopleConnect. No. 22-cv-00342 (Dkt. No. 1, attached hereto as Exhibit A). Like the CAC, Mr. Mackey's complaint alleges a cause of action under IRPA. Like those of Mr. Bonilla and Ms. Loendorf, Mr. Mackey's claims are based on Classmates.com's alleged commercial misuse of his photographs, name, and additional personal information, which PeopleConnect misappropriated from his high school yearbooks.

8. Reassignment of related cases is governed by N.D. Ill. Loc. R. 40.4, which establishes a two-part inquiry. A later-filed case may be reassigned if the judge determines (1) that the two cases are related under 40.4(a); and (2) that the conditions for reassignment of the later-filed case are met.

II.     **ALL OF THE RULE 40.4(A) CRITERIA SUPPORT RELATEDNESS**

9. Under Rule 40.4(a), two cases "may be related if *one or more* of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same." N.D. Ill. Loc. R. 40.4(a) (emphasis added). Courts applying this standard have noted that the bar for establishing relatedness is low. *See Williams v. Peterson*, No. 08-cv-1657 (N.D. Ill. Jan. 26, 2009) ("This Court regularly comments in response to an LR 40.4 motion . . . that the initial hurdle of establishing 'relatedness' is easy to surmount.").

10. Here, all four Rule 40.4(a) factors are met. The cases involve the same property (the names and likenesses of Illinois residents whose yearbook photos PeopleConnect uses to advertise website subscriptions); the same issues of fact and law; the same acts and omissions by PeopleConnect (acquiring and using Illinois residents' yearbook photos in advertisements without obtaining consent); and the classes are the same (current and former Illinois residents whose names and photographs are used by Classmates.com).

11. Plaintiffs' counsel are aware of only one issue of fact that differs between the three cases. As alleged in the CAC, plaintiff Bonilla previously created an account on Classmates.com. (Dkt. No. 37, at ¶ 26.) As alleged in the CAC and Mr. Mackey's complaint, neither plaintiff Loendorf nor Mr. Mackey have every used or created an account on Classmates.com. (Dkt. No. 37, at ¶ 49; Ex. A, at ¶ 2.)

12. The remaining material facts alleged in the CAC and Mr. Mackey's complaint are substantially similar across all three named plaintiffs. (*See* Dkt. No. 37; Ex. A.)

### III. ALL OF THE RULE 40.4(B) CRITERIA FOR REASSIGNMENT ARE SATISFIED

13. Under Rule 40.4(b), a related later-filed case may be reassigned if "*each* of the following criteria is met: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." N.D. Ill. Loc. R. 40.4(b) (emphasis added). Here, all four criteria are met.

14. First, like the present action, *Mackey* is pending before the Northern District of Illinois, Eastern Division.

15. Second, given the substantial overlap in issues of law and fact between the two cases, the handling of both cases by the same judge is likely to save significant duplication in effort at a time when judicial resources are particularly stretched. These cases implicate relatively unique and complicated issues at the intersection of the intangible property right in one's identity, privacy rights, First Amendment law, copyright, and the regulation of online content. Plaintiff proposes that judicial economy is well-served with assignment to one judge (and one magistrate), rather than two judges (and/or magistrates), permitting one judge and that judge's staff to become well-versed in these issues.

16. Third, the present actions have not progressed to a point where reassignment would substantially delay the proceedings. Plaintiffs Bonilla and Loendorf filed the CAC on April 20, 2021. (Dkt. No. 37.) PeopleConnect filed motions to dismiss and compel arbitration on May 5, 2021. (Dkt. No. 45.) PeopleConnect's motions are still pending before the court. Pursuant to this Court's Order staying discovery pending a ruling on PeopleConnect's motion to dismiss, Dkt. No. 28, discovery has not yet begun.

17. Fourth, the cases are susceptible to disposition in a single proceeding.[2] This Court previously consolidated *Bonilla* and *Loendorf* at PeopleConnect's request. (*See* Dkt. No. 15.) The facts and legal claims in *Mackey* are substantially similar to those in *Bonilla* and *Loendorf*.

---

[2] A finding that two cases are "susceptible" of disposition in a single proceeding, does not commit the Court to in fact dispose of both cases in a single proceeding. *See, e.g., Urban 8 Fox Lake Corp. v. Nationwide Affordable Hous. Fund 4, LLC*, No. 18-cv-6109 (N.D. Ill. June 18, 2019) ("Plaintiffs need only show that the two actions are susceptible to be disposed of together, not that they will be.").

18. Because all four criteria in Rule 40.4(b) are met, this Court may reassign the later-filed case.

## CONCLUSION

For the reasons above, Plaintiff respectfully requests entry of an Order (1) finding the cases *sub judice* and *Mackey v. PeopleConnect, Inc.*, No. 1:21-cv-00342, are related, and (2) reassigning *Mackey* to the Honorable Virginia M. Kendall.

Respectfully submitted,

Dated: January 21, 2022   By: */s/ Raina C. Borrelli*
Raina C. Borrelli
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160
SMM@cliffordlaw.com

Benjamin R. Osborn, *Admitted Pro Hac Vice*
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Michael F. Ram, *Admitted Pro Hac Vice*
Marie N. Appel, *Admitted Pro Hac Vice*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com
mappel@forthepeople.com

*Attorneys for Plaintiff Bonilla
and the Proposed Class*

**NICK LARRY LAW LLC**


By:    */s/ J. Dominick Larry*
       J. Dominick Larry

J. Dominick Larry
55 E Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (773) 694-4669
Fax: (773) 694-4691
E-Mail: nick@nicklarry.law
Firm ID: 64846

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice* Forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff Loendorf*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of electronic filing to all counsel of record.

                                                      */s/ Raina C. Borrelli*
                                                      Raina C. Borrelli